

## LAW FIRM

Military Park Building | 60 Park Place, Suite 1000 | Newark, New Jersey 07102
Phone: 973-693-4444 | Fax: 973-693-4441
www.bmblawfirm.com

May 31, 2017

**VIA ELECTRONIC FILING**
Hon. Steve C. Mannion, U.S.M.J.
Martin Luther King, Jr. Federal Building
& United States Courthouse
Courtroom 3C
50 Walnut Street
Newark, NJ 07102

        Re:    **David Mangan v. City of Newark, et al.**
                **Civil Action No.: 2:15-cv-07282-SDW-SCM**

Dear Judge Mannion:

    This office represents Plaintiff, David Mangan, in the above-referenced matter. Together with counsel for the Defendant City of Newark and named Newark Police Department officers (collectively "the City"), Emilia Perez, Esq., I submit this joint agenda letter respectfully advising the Court of the issues to be addressed at the upcoming telephone conference scheduled for June 6, 2017.

    As it currently stands, the depositions of Detective Pablo Gonzales, Detective Feliberto Padilla, Detective Emmanuel Miranda, Detective Lydell James, Plaintiff David Mangan, and witness Tahj Williams have occurred. The depositions of Lt. William Brady and Detective Peter Chirico have not occurred. The parties are hopeful to be able to schedule these remaining depositions shortly.

    As a result of the foregoing, the parties have not yet had the opportunity to engage in fruitful settlement discussions.

                                  Respectfully Submitted,

                                  **THE BMB LAW FIRM, P.C.**
                                  Attorneys for the Plaintiff

                        By: _____
                                  Jeffrey V. Fucci

JVF/ds
cc: Emilia Perez, Esq. (via ECF and E-mail)