UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MANGAN II,<br><br>        Plaintiff,<br>v.<br><br>CITY OF NEWARK , et al,<br>        Defendants. | Civil Action No.<br><br>2:15-cv-7282-SDW-SCM<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

It having been reported to the Court on August 9, 2017 that the above-captioned action has been settled,

IT IS on this August 10, 2017,

ORDERED that this action and any pending motions are hereby administratively terminated; and it is further

ORDERED that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

ORDERED that within **70 days** after entry of this Order, the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

ORDERED that, absent receipt from the parties of dismissal papers or a request to reopen the action within the **70-day** period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

*Steve C. Mannion*
Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/10/2017 10:00:54 AM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File